**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>ERIK M. LAMB,<br>Defendant. | Case No. 17-cr-00121-BLF-1<br><br>**ORDER DIRECTING GOVERNMENT AND U.S. PROBATION TO RESPOND TO DEFENDANT'S MOTION BY APRIL 5, 2023**<br><br>[Re: ECF 3] |

Defendant Erik M. Lamb, proceeding pro se, has filed a motion to terminate supervised release. *See* Mot., ECF 3. Defendant waives a hearing on the motion. *See id.*

The Government shall file a response to the motion by April 5, 2023, addressing the merits of the motion and whether the Court may adjudicate the motion without a hearing. U.S. Probation also shall file a response by April 5, 2023, stating its position regarding Defendant's request for early termination of supervised release.

**IT IS SO ORDERED.**

Dated: March 22, 2023

_____
BETH LABSON FREEMAN
United States District Judge