# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### PROBATION OFFICE

280 South First Street, Suite 106
San Jose, CA 95113-3002
TEL: (408) 535-5200
FAX: (415) 581-7430

**CHRIS CARRUBBA-KATZ**　　　　　　　　　　　　　　　　　　　　　　**JENNIFER JAMES**
CHIEF U.S. PROBATION OFFICER　　　　　　　　　　　　　　ASST. DEPUTY CHIEF U.S. PROBATION OFFICER



March 30, 2023

The Honorable Beth Labson Freeman
United States District Judge

　　　　　　　　　　　　Re: U.S. v. Erik Lamb
　　　　　　　　　　　　Case No: 17-cr-00121-BLF-1
　　　　　　　　　　　　**Early Termination Response**

Your Honor:

On July 17, 2009, Mr. Erik Lamb was convicted of Count One, Transportation of Child Pornography, a violation of 18 U.S.C. § 2252A(a)(1), and Count Two, Possession of Child Pornography, a violation of 18 U.S.C. § 2252A(a)(5) and 2256(8). The Honorable John D. Bates, United States District Judge for the District of Columbia, sentenced Mr. Lamb to 90 Months custody on Counts One and Two to run concurrent to each other, with credit for time served, followed by a period of supervised release consisting of 180 Months on each Count, to run concurrent to each other. The following conditions of supervision were ordered: notify the Clerk of Court for the U.S. District Court within thirty (3) days of any changes of address until such time as the financial obligation is paid in full; DNA; comply with the Sex Offender Registration requirements; precluded from accessing any computer without the approval of the Probation Office; submit to periodic unannounced examinations of his computer; consent to third party disclosures to any employee, or to any future employer prior to accepting any employment offer, concerning any computer related restrictions that are imposed; sex offender treatment; not associate or reside with any known sex offender; nit possess any pornographic or sexually oriented materials without the prior approval of the probation office; not utilize "900" adult telephone numbers or other sexual related telephone numbers; and not own or possess any type of camera or video recording device without the approval of the Probation Office.

On March 13, 2017, jurisdiction was transferred from the District of Columbia to the Northern District of California and assigned to Your Honor.

On March 20, 2023, Mr. Lamb filed a motion for early termination of supervised release. Pursuant to the Court's request, the following is the United States Probation Office's response to Mr. Lamb's motion.

18 U.S.C. § 3583(e)(1) permits the Court to terminate a term of supervised release in felony cases after the expiration of one year of supervision, if the Court is satisfied that such action is warranted by the conduct of a client and is in the interest of justice. 18 U.S.C. §3583(e)(1) also emphasizes

that the Court should consider the factors set out in 18 U.S.C. §3553(a) when considering a case for early termination, including but not limited to, the nature and circumstances of the offense and the history of characteristics of the client. After considering these factors, individuals with a sex offense are generally excluded.

Mr. Lamb has successfully completed eight years of his fifteen-year supervised release term and is scheduled to terminate supervision on January 26, 2030. He is a 36-year-old man who continues to maintain a stable residence in San Jose, California and has maintained stable employment. Mr. Lamb paid his special assessment in full, recently earned his Bachelor of Arts Degree from Arizona State University, and has complied with all other conditions of supervision. Mr. Lamb's Post-Conviction Risk Assessment classified the client's supervision level as Low and his violence category as a "1." Individuals in this category have a 6% arrest rate and a 3% revocation rate in the next 12 months. Identified dynamic risk factors include cognitions and social networks.

On February 10, 2015, Mr. Lamb began sex offense-specific treatment as ascribed by the California Sex Offender Management Board (CASOMB). He successfully completed the primary phase of sex offense-specific treatment on August 28, 2018, and remains in the maintenance phase of treatment. This means Mr. Lamb submits to biannual polygraph examinations and his probation officer assesses his adherence to his relapse prevention plan. Mr. Lamb's relapse prevention plan includes identified triggers and intervention strategies, as well as identified support systems such as his immediate family.

Recidivism remains a difficult concept to measure, especially in the context of clients who possessed child sexual abuse material. The Child Pornography Offender Risk Tool (CPORT) uses a structured risk checklist to predict any sexual recidivism among adult male offenders with a conviction for child pornography offenses. Predictors of sexual recidivism were identified using a 5-year fixed follow-up analysis from a police case file sample of 266 adult male child pornography offenders in the community after their index offense. In the 5-year follow-up, 29% committed a new offense, and 11% committed a new sexual offense, with 3% committing a new contact sexual offense against a child and 9% committing a new child pornography offense.

The Static-99R is an assessment instrument for use in assessing risk of reoffending. The instrument is based on static (unchanging) risk factors which predict the potential for sexual re-offending, such as age at release from custody on the sex offense, number of certain types of prior convictions, and victim characteristics. Mr. Lamb scores a 5, placing him at the above-average risk to commit a new sexual offense.

According to the Sex Offender Treatment Intervention and Progress Scale (SOTIPS), completed in September 2022, there are minimal stable dynamic risk factors that sex offense-specific treatment would be able to mitigate in order to further reduce Mr. Lamb's risk of sexual recidivism. Mr. Lamb scored a point in Sexual Behavior as there are minor problems evident due to his difficulty reading nonverbal cues. A point was scored in Emotion Management as Mr. Lamb has minor emotional management problems but they are managed relatively effectively.

On January 23, 2021, Mr. Lamb provided a Notice of Separation from his then-employer, Starbucks. The letter indicated Mr. Lamb's conduct in the workplace violated the Starbucks Anti-

Harassment/Anti-Discrimination standard. Further, "harassment defined: Harassment prohibited by this policy includes: Unwelcome physical, verbal or nonverbal behavior or contact." Based on this information, Mr. Lamb was referred back to individual sex offense-specific treatment. No further information was provided by Starbucks and the separation did not lead to any new criminal investigation.

The Probation Office respectfully submits this response to provide the Court with as accurate a picture of Mr. Lamb's recidivism risk. Based on the current assessment tools, the nature and circumstances of the underlying offense, and his criminal history, the Probation Office does not support this motion for early termination of Mr. Lamb's supervised release, at this time.

Respectfully submitted,                                  Reviewed by:

*Juan Flores*                                            *Michael J. Primeau*

Juan Flores                                              Michael J. Primeau
U.S. Probation Officer Specialist                        Supervisory U.S. Probation Officer