

# MEMORANDUM
## U.S. PROBATION OFFICE
### NORTHERN DISTRICT OF CALIFORNIA

**DATE:** February 12, 2025

**TO:** The Honorable United States District Judge Beth Labson Freeman

**FROM:** United States Probation Officer Assistant Leon Dang

**SUBJECT:** Notification of Intent to Destroy Contraband
5:17-CR-00121-BLF-1/Erik Lamb

Your Honor,

The purpose of this memorandum is to inform you that on August 13, 2019, the U.S. Probation Office seized contraband and/or evidence of a violation from the above-named person under supervision. It is no longer necessary to retain the items as evidence or seized property. It is the intention of the U.S. Probation Office to destroy the following items:

- One (1) Samsung Jitterbug Model #SCH-R220 cellular phone

Thank you for your attention to this matter. Please contact me at 408-535-5217 if you have questions or concerns.

---

THE COURT ORDERS:

☒ The U.S. Probation Office has permission to destroy the contraband.
☐ Other:

February 13, 2025
Date

Beth Labson Freeman
United States District Judge